AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| | |
|---|---|
| THOMAS ROEHRMAN | ) |
| *Plaintiff* | ) |
| v. | )    Case No.    1:23-cv-00268 |
| PROTECTED.NET GROUP LIMITED D/B/A TOTAL A | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Thomas Roehrman                                                                      .

Date:    02/13/2023

_Attorney's signature_

Jacob U. Ginsburg
*Printed name and bar number*

Kimmel & Silverman, PC
30 E Butler Ave, Ambler, PA 19002

*Address*

jginsburg@creditlaw.com
*E-mail address*

(215) 540-8888
*Telephone number*

*FAX number*

**Print**          **Save As...**                              **Reset**