AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of Indiana ▼

| | | |
|---|---|---|
| Thomas Roherman | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   23-cv-00268-JRS-MJD |
| Protected net Group Limited d/b/a Total AV | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Protected.net Group LTD.                                                                                      .

Date:      04/11/2023

/s/ Matthew D. Kelly
*Attorney's signature*

Matthew D. Kelly
*Printed name and bar number*
233 S. Wacker Drive, Suite 5500, Chicago, IL  60606

*Address*

mkelly@smsm.com
*E-mail address*

(312) 645-7800
*Telephone number*

*FAX number*